UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AVERY RAWLS,<br><br>              Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>              Defendant. | No. CV 08-1084 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

DATED: September 2, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge